1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                        )
MISTY McINTIRE,                              )
                                                        )            No. C08-0201RSL
                            Plaintiff,             )
                                                        )
            v.                                       )
                                                        )            ORDER REQUIRING SUBMISSION
SHAWNA DOE and JOHN DOE, husband,   )    OF INFORMATION REGARDING
and wife, and J.C. PENNEY CORPORATION, )   REMOVAL FROM STATE COURT
                                                        )
                            Defendants.         )
_____)

        The above captioned matter was recently removed from state court.  The removing

defendant shall, within five (5) days of the date of this Order, serve and file the following

information:

        (1) Have all defendants served at the time of removal joined in the removal?  Provide a

full explanation if all defendants served at the time of removal did not join in the notice of

removal.

        (2) If the action has been removed on diversity grounds, state the citizenship of all named

plaintiffs and all named defendants (including the citizenship of all members or partners in any

non-corporate party).

        (3) If the action has been removed on diversity grounds, state with particularity the basis

for defendant's belief that the amount in controversy exceeds the sum of $75,000, exclusive of

interest and costs.

INFORMATION REGARDING REMOVAL

1
2
3
4

If plaintiff has a response to defendant's submission, such response shall be filed and served within seven (7) days of the date of defendant's submission.  Any motion to remand the action to state court based on any procedural defects in the removal must be filed within thirty (30) days of the removal.  <u>See</u> 28 U.S. C. § 1447(c).

5
6

Dated this 12th day of February, 2008.

7
8
9

*MWf S Lasnik*

Robert S. Lasnik
United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

INFORMATION REGARDING REMOVAL                -2-